# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK D. WEST, et al., | § CIVIL ACTION NO. |
| v. | § 1:13-CV-01768-RLV |
| SCANTECH HOLDINGS, LLC, et al. | § |

## PLAINTIFFS' STATUS REPORT

In accordance with the Court's Order of August 6, 2014 [Doc. 90], Plaintiffs file this Status Report.

As noted in earlier filings, Plaintiffs reached an agreement to settle their claims against Defendants ScanTech Holdings, LLC, ScanTech Security, LLC f/k/a Identification Beam Systems, LLC, ScanTech Identification Beam Systems, LLC, SIBS Investor, LLC, JGD Management Corp. d/b/a York Capital Management, Daniel B. Cowart, Dolan P. Falconer, Jr., Henry D. Sutherlin, John Redmond, and James A. Blackwell (collectively, the "Settling Defendants"). Plaintiffs have now received the agreed settlement consideration and will be dismissing with prejudice all of their claims and requests for relief asserted against the Settling Defendants by separate filing today.  Accordingly, the pending motions to dismiss filed by the Settling Defendants [Docs. 46, 47, 50, and 54] can be administratively terminated.

Plaintiffs' claims against Defendants Edwin Brant Frost, IV, sued as Brant Edwin Frost, IV, First Liberty Building & Loan, LLC, First Liberty Capital Partners, LLC, and First Liberty Capital, LLC (collectively, the "Frost Defendants") have not been settled.  Plaintiffs will be filing a dismissal without prejudice with respect to their claims against the Frost Defendants today.  The pending motion to dismiss filed by the Frost Defendants [Doc. 37] can be administratively terminated.

Respectfully submitted this 18th day of August, 2014.

    */s/ David A. Bain*
David A. Bain
Ga. Bar No. 032449
dbain@bain-law.com
Law Offices of David A. Bain, LLC
1050 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Phone:  (404) 724-9990
Fax:    (404) 724-9986

Gary D. Sarles
gsarles@sarleslaw.com
Sarles & Ouimet
Suite 370
900 Jackson Street
Dallas, TX  75202
Phone:  (214) 573-6300

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing PLAINTIFFS' STATUS REPORT with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

Dated this 18th day of August, 2014.

>*/s/ David A. Bain*
>David A. Bain
>Ga. Bar No. 032449