# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK D. WEST, et al., | § CIVIL ACTION NO. |
| v. | § 1:13-CV-01768-RLV |
| SCANTECH HOLDINGS, LLC, et al. | § |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS SCANTECH HOLDINGS, LLC, SCANTECH SECURITY, LLC f/k/a IDENTIFICATION BEAM SYSTEMS, LLC, SCANTECH IDENTIFICATION BEAM SYSTEMS, LLC, SIBS INVESTOR, LLC, JGD MANAGEMENT CORP. d/b/a YORK CAPITAL MANAGEMENT, DANIEL B. COWART, DOLAN P. FALCONER, JR., HENRY D. SUTHERLIN, JOHN REDMOND, and JAMES A. BLACKWELL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, before either an Answer or motion for summary judgment has been served, hereby dismiss with prejudice all of their claims and requests for relief asserted against Defendants ScanTech Holdings, LLC, ScanTech Security, LLC f/k/a Identification Beam Systems, LLC, ScanTech Identification Beam Systems, LLC, SIBS Investor, LLC, JGD Management Corp. d/b/a York Capital Management, Daniel B. Cowart, Dolan P. Falconer, Jr., Henry D. Sutherlin, John Redmond, and James A. Blackwell in the above-captioned action.

Respectfully submitted this 18th day of August, 2014.

        */s/ David A. Bain*
        David A. Bain
        Ga. Bar No. 032449
        dbain@bain-law.com
        Law Offices of David A. Bain, LLC
        1050 Promenade II
        1230 Peachtree Street, NE
        Atlanta, GA 30309
        Phone:  (404) 724-9990
        Fax:    (404) 724-9986

        Gary D. Sarles
        gsarles@sarleslaw.com
        Sarles & Ouimet
        Suite 370
        900 Jackson Street
        Dallas, TX  75202
        Phone:  (214) 573-6300

        *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS SCANTECH HOLDINGS, LLC, SCANTECH SECURITY, LLC f/k/a IDENTIFICATION BEAM SYSTEMS, LLC, SCANTECH IDENTIFICATION BEAM SYSTEMS, LLC, SIBS INVESTOR, LLC, JGD MANAGEMENT CORP. d/b/a YORK CAPITAL MANAGEMENT, DANIEL B. COWART, DOLAN P. FALCONER, JR., HENRY D. SUTHERLIN, JOHN REDMOND, and JAMES A. BLACKWELL with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

Dated this 18th day of August, 2014.

/s/ David A. Bain
David A. Bain
Ga. Bar No. 032449