# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK D. WEST, et al., | § CIVIL ACTION NO. |
| v. | § 1:13-CV-01768-RLV |
| SCANTECH HOLDINGS, LLC, et al. | § |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS BRANT EDWIN FROST, IV, FIRST LIBERTY BUILDING & LOAN, LLC, FIRST LIBERTY CAPITAL PARTNERS, LLC, FIRST LIBERTY CAPITAL, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, before either an Answer or motion for summary judgment has been served, hereby dismiss without prejudice their claims asserted against Defendants Brant Edwin Frost, IV, First Liberty Building & Loan, LLC, First Liberty Capital Partners, LLC, and First Liberty Capital, LLC in the above-captioned action.

Respectfully submitted this 18th day of August, 2014.

                                      */s/ David A. Bain*
                                      David A. Bain
                                      Ga. Bar No. 032449
                                      dbain@bain-law.com
                                      Law Offices of David A. Bain, LLC
                                      1050 Promenade II
                                      1230 Peachtree Street, NE
                                      Atlanta, GA 30309
                                      Phone:  (404) 724-9990
                                      Fax:    (404) 724-9986

                                      Gary D. Sarles
                                      gsarles@sarleslaw.com
                                      Sarles & Ouimet
                                      Suite 370
                                      900 Jackson Street
                                      Dallas, TX  75202
                                      Phone:  (214) 573-6300

                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS BRANT EDWIN FROST, IV, FIRST LIBERTY BUILDING & LOAN, LLC, FIRST LIBERTY CAPITAL PARTNERS, LLC, FIRST LIBERTY CAPITAL, LLC with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

Dated this 18th day of August, 2014.

*/s/ David A. Bain*
David A. Bain
Ga. Bar No. 032449